158 A.3d 78

**HSBC BANK, USA, National Association, As Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities Mortgage Loan Trust Series 2007-AR1, Respondent**

**v.**

**Patrick T. CARNEY, Petitioner**

**No. 314 MAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.